granted. *Messrs. Charles H. Houston* and *William L. Huston* for petitioner. *Mr. Mac Q. Williamson* for respondent.

No. 751. MOBLEY *v.* NEW YORK LIFE INSURANCE Co. April 1, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Sidney C. Mize* for petitioner. *Messrs. Louis H. Cooke, Wm. H. Watkins,* and *P. H. Eager, Jr.,* for respondent.

No. 632. RYAN ET AL. *v.* NORDBYE, JUDGE. January 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. James Ryan* and *Frank McKee, pro se.* No appearance for respondent.

No. 555. NEEDHAM *v.* UNITED STATES. January 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Leslie A. Needham, pro se. Solicitor General Biggs* and *Mr. Harry S. Ridgely* for the United States.

No. 564. NORTHERN TRUST Co., ADMINISTRATOR, *v.* WOODSON, ALIEN PROPERTY CUSTODIAN, ET AL. January 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Aubrey B. Fennell* for petitioner. *Solicitor*

706

*General Biggs, Assistant Attorney General Sweeney,* and *Messrs. Harry LeRoy Jones* and *Frank W. Mondell* for respondents.

No. 568. United States Building & Loan Assn. et al. *v.* McClelland, State Commissioner. January 14, 1935. Petition for writ of certiorari to the Supreme Court of Colorado denied. *Mr. Fred S. Caldwell* for petitioners. *Mr. Paul P. Prosser* for respondent.

No. 571. Grate *v.* United States. January 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. P. H. Cullen* for petitioner. *Solicitor General Biggs* and *Messrs. Will G. Beardslee, Wilbur C. Pickett, W. Marvin Smith,* and *Young M. Smith* for the United States.

No. 573. Davis *v.* Jefferson Standard Life Insurance Co. January 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Louis M. Denit* for petitioner. *Mr. Shepard Bryan* for respondent.

No. 576. Excelsior Motor Mfg. & Supply Co. et al. *v.* Sound Equipment, Inc. January 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. John E. Hughes, George A. Chritton, Samuel A. Harper,* and *William Cogger* for petitioners. *Mr. Ralph F. Potter* for respondent.